# United States District Court
EASTERN DISTRICT OF WISCONSIN

**JEFFREY L. DAINES, et al.,**

**Plaintiffs,**

**v.**

**JUDGMENT IN A CIVIL CASE**
**Case No. 24-CV-1057**

**INTERNAL REVENUE SERVICE,**

**Defendant.**

---

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒ **Decision by Court.** This action came before the Court for consideration.

**IT IS HEREBY ORDERED AND ADJUDGED** that the plaintiffs take nothing, and this action is dismissed with prejudice.

Dated: May 4, 2026

LINDA M. KLEMM
CLERK OF COURT

s/ Joleen M. Krings
(By) Deputy Clerk